**FILED**

03/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0051

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 20-0051

IN RE THE MARRIAGE OF

SUSAN RAE WILLIAMS,

      Petitioner and Appellee,

  and

JERRY MAX WILLIAMS

      Respondent and Appellant.

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Appeal from Cause No. DR 10-58 in the Sixth Judicial District Court of Montana, Park County, Judge Brenda Gilbert

Karl Knuchel
Karl Knuchel, P.C.
101 North E Street, P.O. Box 953
Livingston, MT 59047
(406) 222-0135
karl@knuchelpc.com

*Counsel for Respondent*

*and Appellant*

Katie Green
Poore, Roth & Robinson, P.C.
1341 Harrison Avenue
Butte, MT 59701
(406)497-1200
kcg@prrlaw.com

*Counsel for Petitioner and*

*Appellee*

1

UPON review of the unopposed motion for extension of time to file opening brief filed by counsel for the Respondent / Appellant herein and good cause appearing therefor,

IT IS HEREBY ORDERED that the time to file Appellant's opening brief is extended to the 27th of April, 2020.

DATED this ___ day of _____, 2020.

_____
JUSTICE OF THE SUPREME
COURT OF MONTANA

cc:     Karl Knuchel
        Katie Green

Electronically signed by: 2
Bowen Greenwood
Clerk of the Supreme Court
March 27 2020